IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIPRIANO SOLIS BELTRAN,

    Petitioner,               No. CIV S-06-0069 MCE DAD P

    vs.

DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTION, et al.,

    Respondents.          <u>ORDER</u>

                             /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. In his habeas petition, petitioner challenges a judgment of conviction entered by the Fresno County Superior Court.

        Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d). An action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. <u>See</u> Local Rule 3-120(f). This action will therefore be transferred to the Fresno Division of the court for all further proceedings.

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number to be assigned by

5  the clerk and shall be filed at:

6  United States District Court
   Eastern District of California
7  1130 "O" Street
   Fresno, CA 93721

8

9  DATED: January 19, 2006.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

DAD:13:bb
belt0069.109