IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIPRIANO SOLIS BELTRAN,

      Petitioner,                    No. CIV S-06-0069 MCE DAD P

    vs.

DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTION, et al.,

      Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has submitted a Memorandum of Points and Authorities in support of his petition for writ of habeas corpus. It appears that petitioner failed to enter a case number on his filing, and the Clerk of the Court has filed it in this closed case.

        Petitioner filed his habeas petition in the Sacramento Division of the court on January 11, 2006. Because petitioner is challenging a Fresno County conviction, his case was transferred to the Fresno Division of the court on January 20, 2006. Petitioner was advised that all future filings shall reference the new Fresno case number: 1:06-cv-0068 OWW TAG HC. In the interests of justice, the Clerk will be directed to forward petitioner's misfiled Memorandum of Points and Authorities to Fresno for filing.

IT IS ORDERED that:

1. The Clerk of the Court shall forward petitioner's Memorandum of Points and Authorities, filed and docketed as petitioner's Statement of Facts on March 30, 2006, to the Fresno Division of the court for filing in case No. 1:06-cv-0068 OWW TAG HC; and

2. Petitioner is cautioned that all future filings must reference the Fresno case number; documents misfiled in this closed case will be disregarded, and no orders will issue in response to misfiled documents.

DATED: April 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
belt0069.58

2